IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUAN PABLO LOPEZ CAIZA       :   CIVIL ACTION

         : 

       v.                   :   NO. 26-4420

         :

J.L. JAMISON, JOHN E. RIFE,     :
SECRETARY MARKWAYNE        :
MULLIN, TODD BLANCHE, U.S.    :
DEPARTMENT OF HOMELAND     :
SECURITY, EXECUTIVE OFFICE OF   :
IMMIGRATION REVIEW         :

## ORDER

**AND NOW**, this 1st day of July 2026, upon considering an incarcerated man's Petition for habeas corpus (ECF 1) seeking release from custody at the Federal Detention Center, the United States' Opposition (ECF 5), noting Petitioner asserts he routinely attended immigration hearings and scheduled immigration check-ins after entering the United States in 2022 without challenge to his parole status or avoiding review, mindful of the exigent circumstances surrounding Petitioner's detention without a further hearing, and for good cause, it is **ORDERED** we direct, on or before **July 6, 2026**:

1. Petitioner to respond to the United States' Opposition (ECF 5);

2. The United States to file a Notice attaching all parole termination records supporting their claim, including:

    a. a complete Form I-213 without redaction or showing particularized harm in a motion to partially seal allowing us to collectively preclude public access consistent with our Policies. *See* ECF 5-2 at 2–3 (two blank pages); and,

    b. "written notice" of their termination decision served on Petitioner. *See* 8 C.F.R. § 212.5(e)(2)(i).

_____
KEARNEY, J.